UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA

                                                  ORDER

               v.

                                                  Docket No. 12-00459-001
JAMES J. KEARNEY, SR.,

                                        Defendant.
-----------------------------------------------------------------------x

        It is hereby ordered that the Judgment in the above-captioned case be amended to provide

that the defendant shall surrender for service of sentence at the institution designated by the

Bureau of Prisons on February 5, 2013 at/or before Noon.

Dated: January 4 , 2013


                                        _____
                                        Hon. Jose L. Linares
                                        United States District Court Judge

On Consent

_____
Assistant U.S. Attorney
Anthony Moscato